716

59 So.2d 926

**Ben F. RAY, Chairman State Democratic Executive Committee, v. Robert ALBRITTON et al.**

6 Div. 410.

Supreme Court of Alabama.
April 29, 1952.

Harold M. Cook, Birmingham, for appellant.

Horace C. Wilkinson, Birmingham, for appellee.

PER CURIAM.

Reversed and rendered on authority of Ray v. Blair, Ala. 57 So.2d 395.

59 So.2d 926

**Ex parte STATE, ex rel. ATLANTIC COAST LINE RAILROAD CO.**

6 Div. 422.

Supreme Court of Alabama.
April 21, 1952.

Graham, Bibb, Wingo & Foster, Birmingham, for petitioner.

PER CURIAM.

Petition denied.

LIVINGSTON, C. J., and FOSTER, SIMPSON and STAKELY, JJ., concur.

58 So.2d 906

**Aaron STONE et al. v. F. D. PIERCE.**

6 Div. 271.

Supreme Court of Alabama.
March 7, 1952.

PER CURIAM.

Appeal dismissed motion of appellants.

59 So.2d 927

**Ex parte Jane STOUTMIRE.**

6 Div. 105.

Supreme Court of Alabama.
April 22, 1952.

Beddow & Jones and G. Ernest Jones, Jr., Birmingham, for petitioners.

PER CURIAM.

Petition dismissed, former order having been complied with by respondent.

58 So.2d 906

**Mary Frances Buntin THOMPSON et al. v. Vera LANE et al.**

4 Div. 639.

Supreme Court of Alabama.
March 5, 1952.

Alto V. Lee, III, Huey D. McInish and T. E. Buntin, all of Dothan, for appellants.

Lawrence T. Oakley and W. G. Hardwick, Dothan, for appellees.

PER CURIAM.

Appeal dismissed pursuant to agreement.

BROWN, FOSTER, LAWSON, SIMPSON and STAKELY, JJ., concur.